# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.:  18-cv-3264

Judge Manish S. Shah

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to Defendant Nos. 17, 19, 26, 33, 36, 41, 61, 64, 79, 85, 87, 88, 91, 97, 103, 115, 116, 118, 120, 122, 123, 144, 145, 148, 151, 153, 154, 160, 165, 170, 187, 198, 201, 203, 209, 213, 224, 268, 270, 295, 300, 309, 310, 319, 320, 332, 351, 372, 374, 395, 412, 413, 435, 443, 452, 453, 459, 471, 492, 499, 508, 510, 533, 565, 570, 577, 578, 582, 594, 595, 610, 611, 624, 635, 639, 660, 683, 687, 701, 706, 708, 735, 746, 762, 766, 786, 791, 796, 808, 816, 831, 834, 844, 845, 852, 861, 863, 865, 874, 879, 899, 924, 927, 932, 941, 956, 958, 962, 963, 965, 975, 977, 981, 984, 993, 994, 1007, 1014, 1022, 1023, 1026, 1034, 1052, 1099, 1105, 1109, 1129, 1140, 1143, 1173, 1178, 1180, 1183, 1184, 1189, 1192 and 1228 on Schedule A with leave to reinstate within ninety (90) days if the agreed settlement payment is not received. After ninety (90) days, the dismissal is with prejudice.

DATED:  June 26, 2018		Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 26, 2018 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.