**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

|  |  |
|---|---|
| Plaintiffs, | Case No.: 18-cv-3264 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey Cole |
| Defendants. | |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants listed in the chart below, may have additional time within which to answer or otherwise respond to plaintiff's complaint.

| Defendant Line # | Defendant Name |
|---|---|
| 95 | Ningbo Junye Stationery & Sports Articles Co., Ltd. |
| 1198 | Zhongshan Guanrui Metal & Plastic Co., Ltd. |
| 1196 | Zhongshan Artigifts Premium Metal & Plastic Co., Ltd. |
| 156 | Shenzhen Jinweixin Silicone Industry Ltd. |
| 197 | Wuxi Xinfda International Trading Corp. |
| 24 | Dongguan Golden Eagle Coil Co., Ltd. |
| 58 | Hongyu Plastic String Co., Limited |
| 143 | Shenzhen Baoao Shajing SpacePeak Silicone Products Factory |

| | |
|---|---|
| 217 | Yongkang FODO Sports Co., Ltd. |
| 31 | Dongguan Wetop Craft Co., Ltd. |
| 182 | Suzhou Yober Environmental Tech Co., Ltd. |
| 40 | Guangdong New Lesson Technology Co., Ltd. |
| 208 | Yiwu Pet Leader Arts & Crafts Co., Ltd. |
| 49 | Hangzhou Haigym Technology Co., Ltd. |
| 167 | Shenzhen X-COM Sports Co., Ltd. |
| 80 | Leshun Fashion Manufacturing Co., Ltd. |
| 1175 | Cangnan Yokia Gifts & Crafts Co., Ltd. |
| 163 | Shenzhen Three Winner Silicone And Plastic Technology Co., Ltd. |
| 141 | Shenzhen Armada Technology Co., Limited |
| 152 | Shenzhen GP Global Import&Export Co., Ltd. |
| 129 | Shantou Dio Toys Trade Co., Ltd. |
| 52 | Hangzhou Injoy Toys Co., Ltd. |
| 109 | Ningbo Yinzhou Sages Import And Export Co. |
| 73 | Jiaxing TR-Technology Co., Ltd. |
| 189 | Taizhou Medbot CNC Cutting Tools Co., Ltd. |
| 185 | Taizhou Huangyan Harson Plastic Co., Ltd. |
| 1195 | Yiwu Allwin Imp & Exp Co., Ltd. |

| 23 | Dongguan GMI Electronic Co., Ltd. |
| 140 | Sheng Jie (dongguan) Silicone Rubber Product Factory |

Therefore, the last day for Defendants to answer or otherwise respond to Plaintiff's complaint is August 23, 2018. Good cause exists for this extension as counsel for both parties are actively negotiating settlement of this case.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: July 24, 2018

Respectfully submitted,

*/s/ Yanling Jiang*
Yanling Jiang (Bar No. 6309336)
JiangIP LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
Telephone: 312-283-8091
Email: yanling@jiangip.com

Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEYS FOR PLAINTIFFS***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 24, 2018 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Yanling Jiang*
Yanling Jiang
