# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 18-cv-3264

Judge Manish S. Shah

Magistrate Judge Jeffrey Cole

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on July 11, 2018 [58], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Defendant |
|---|---|
| 1122 | zhiyan |
| 858 | Shanghai Baocheng Lighting Co., Ltd |
| 776 | Ouchi |
| 838 | RUNSTAR Flag Store |
| 317 | Buyusee |
| 315 | buybyapple |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: November 8, 2019

Respectfully submitted,

*[Signature: Yanling Jiang]*

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson Blvd.
Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 8th day of November, 2019.

Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

*[Signature: Ollie B. Jones]*

Notary Public

State of Illinois
County of Cook