**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

| | | |
|---|---|---|
| Wham-O Holding, Ltd.<br>v.<br><br>The Partnerships and Unincorporated Associations as Identified on Schedule A | ) ) ) ) ) ) ) ) | USDC Case Number: 1:18-cv-3264 |

Judge: Honorable Manish S. Shah

**Notice of Removal of Material from the Custody of the Clerk's Office**

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Wham-O Holding, Ltd.

| | | |
|---|---|---|
| 05/23/2018 | 18 | SURETY BOND in the amount of $10,000.00 posted by Intersport Corp., Wham-O Holding, Ltd (Document not scanned). (sxb, ) (Entered: 05/23/2018) |

I, Yanling Jiang, am authorized to remove the above-described documents from the court.

Signature: [signature]

Firm: Jiangip

By: N. Hagopian
/s/ Deputy Clerk

Date: Oct. 16. 2026